27BC, CLOSED, SC

# U.S. District Court
# Alabama Middle District (Dothan)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-00180-MHT-CSC-1
# Internal Use Only

Case title: USA v. Gibson et al                     Date Filed: 09/21/2004

Assigned to: Honorable Myron H. Thompson
Referred to: Honorable Charles S. Coody

**Defendant**

**Cecil Freemont Gibson, III** (1)                  represented by **Stewart Davidson McKnight, III**
*TERMINATED: 02/07/2005*                            Baxley, Dillard, Dauphin & McKnight
*also known as*                                     2008 Third Avenue South
Monte Gibson (1)                                    Birmingham, AL 35233
*TERMINATED: 02/07/2005*                            205-271-1100
*also known as*                                     Fax: 205-271-1108
Monty Gibson (1)                                    Email: dmcknight@bddmc.com
*TERMINATED: 02/07/2005*                            *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Retained*

**Pending Counts**                                  **Disposition**

21:841(a)(1) POSS TO DISTB:
MARIJUANA -- NMT $1,000,000;                        36 Mos Imp (conc w/Ct 2); 3 Yrs Sup
[*]; NMT 20Y; B; NLT 3Y SUP REL;                    Rel (conc w/Ct 2); $100 SA
G-LNS; VWPA; $100 SA
(1)

18:922(g) FIREARM: FELON IN
POSS -- NMT $250,000; [*]; NLT                      36 Mos Imp (conc w/Ct 1); 3 Yrs Sup
10Y; B; NMT 3Y SUP REL; G-LNS;                      Rel (conc w/Ct 1); $100 SA
VWPA; $100 SA
(2)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                               **Disposition**

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |

None

---

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Todd A. Brown**<br>U.S. Attorney's Office<br>PO Box 197<br>Montgomery, AL 36101-0197<br>334-223-7280<br>Fax: 223-7560<br>Email: todd.brown@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/21/2004 | 1 | INFORMATION as to Cecil Freemont Gibson III (1) count(s) 1, 2, Rebbecca Joy Gibson (2) count(s) 3. (snc) (Entered: 09/24/2004) |
| 09/23/2004 | 2 | Limits of Punishment as to Cecil Freemont Gibson III, Rebbecca Joy Gibson (snc) (Entered: 09/24/2004) |
| 09/23/2004 | 3 | ORDER of Reference as to Cecil Freemont Gibson III and Rebbecca Joy Gibson referring the defendants to the Magistrate Judge for guilty plea proceedings. Signed by Judge Myron H. Thompson on 9/23/04. (snc) (Entered: 09/24/2004) |
| 09/24/2004 | 5 | NOTICE OF ATTORNEY APPEARANCE: Stewart Davidson McKnight III appearing for Cecil Freemont Gibson III (snc) (Entered: 09/24/2004) |
| 09/24/2004 | 6 | NOTICE TO RETAINED CRIMINAL DEFENSE ATTORNEYS Stewart McKnight and W. Terry Bullard as to defendants Cecil Freemont Gibson III and Rebbecca Joy Gibson (snc) (Entered: 09/24/2004) |
| 09/24/2004 | | ***Set/Clear Flags as to Cecil Freemont Gibson III, Rebbecca Joy Gibson (snc) (Entered: 09/24/2004) |
| 09/27/2004 | 7 | ORDER as to Cecil Freemont Gibson III, Rebbecca Joy Gibson: Consent Plea Hearing set for 9/29/2004 02:30 PM in Courtroom 4B before Honorable Charles S. Coody.Signed by Judge Charles S. Coody |

| | | |
|---|---|---|
| | | on 9/27/04. (ws) (Entered: 09/27/2004) |
| 09/28/2004 | 8 | ORDER as to Cecil Freemont Gibson III, Rebbecca Joy Gibson resetting the Consent Plea Hearing, previously set for 9/29/04, for 10/8/2004 10:00 AM in Courtroom 4B before Honorable Charles S. Coody, directing the Clerk to provide a court reporter for the proceeding, and directing the USM to produce the defendants, if in custody. Signed by Judge Charles S. Coody on 9/28/2004. (snc) (Entered: 09/28/2004) |
| 10/08/2004 | 9 | Minute Entry for proceedings held before Judge Charles S. Coody :Consent Plea Hearing as to Cecil Freemont Gibson III held on 10/8/2004; Plea entered by Cecil Freemont Gibson III (1) Guilty to Count(s) 1and 2. (Court Reporter Risa Entrekin.) (ws) (Entered: 10/08/2004) |
| 10/08/2004 | 10 | WAIVER OF INDICTMENT by Cecil Freemont Gibson III (ws ) (Entered: 10/08/2004) |
| 10/08/2004 | 11 | Consent to Enter Guilty Plea before U. S. Magistrate Judge as to Cecil Freemont Gibson III (ws ) (Entered: 10/08/2004) |
| 10/08/2004 | 12 | PLEA AGREEMENT as to Cecil Freemont Gibson III (ws ) (Entered: 10/08/2004) |
| 10/08/2004 | 13 | Appearance Bond Entered as to Cecil Freemont Gibson III in amount of $ $25,000.00, (ws,) (Entered: 10/08/2004) |
| 10/08/2004 | 14 | ORDER Setting Conditions of Release as to Cecil Freemont Gibson III (1) Non-surety Appearance Bond executed. Signed by Judge Charles S. Coody on 10/8/04. (ws, ) (Entered: 10/08/2004) |
| 10/08/2004 | 18 | REPORT AND RECOMMENDATIONS as to Cecil Freemont Gibson III concerning plea of guilty to Counts 1 and 2 of the Felony Information directing that Objections to R&R are due by 10/21/2004. Signed by Judge Charles S. Coody on 10/8/2004. (snc) (Entered: 10/08/2004) |
| 10/26/2004 | | TRANSCRIPT of GUILTY PLEA as to Cecil Freemont Gibson III held on October 8, 2004 before Judge Charles S. Coody. Court Reporter: Risa Entrekin. (1 volume, filed conventionally) (snc) (Entered: 10/26/2004) |
| 11/04/2004 | 20 | ORDER Accepting Guilty Plea as to Counts 1 & 2 of the Felony Information as to Cecil Freemont Gibson III and adjudicating him guilty, terminating all applicable pending deadlines, and denying as moot all applicable pending motions . Signed by Judge Myron H. Thompson on 11/4/04. (snc) (Entered: 11/04/2004) |
| 11/04/2004 | 21 | ORDER as to Cecil Freemont Gibson, III, setting Sentencing for 1/24/2005 09:00 AM in Courtroom 2E before Honorable Myron H. Thompson, directing counsel to communicate in writing to the PO by |

| | | |
|---|---|---|
| | | 1/6/05 any objections to the PSR, and directing parties to be available for a conference with the PO on 1/11/05 at 9:00 a.m., as outlined in order. Signed by Judge Myron H. Thompson on 11/4/04. (snc) (Entered: 11/04/2004) |
| 11/04/2004 | | ***Motions terminated as to Cecil Freemont Gibson, III, Rebbecca Joy Gibson: 18 REPORT AND RECOMMENDATIONS as to Cecil Freemont Gibson III, [19] REPORT AND RECOMMENDATIONS as to Rebbecca Joy Gibson (pursuant to order accepting plea) (snc) (Entered: 02/02/2005) |
| 11/22/2004 | 24 | ORDER as to Cecil Freemont Gibson III resetting Sentencing, now set for 1/24/05, for 1/31/2005 09:00 AM in Courtroom 2E before Honorable Myron H. Thompson. Signed by Judge Myron H. Thompson on 11/22/04. (snc) (Entered: 11/22/2004) |
| 01/26/2005 | 26 | MOTION to Reduce Sentence *and Certification of Substantial of Assistance Pursuant to 5K1.1, USSG,* by USA as to Cecil Freemont Gibson, III. (Brown, Todd) (Entered: 01/26/2005) |
| 01/26/2005 | 27 | MOTION for Reduction in Criminal Offense Level for Acceptance of Responsibility by USA as to Cecil Freemont Gibson, III. (Brown, Todd) (Entered: 01/26/2005) |
| 01/27/2005 | | Set/Reset Hearings as to Cecil Freemont Gibson, III: Sentencing reset for 1/31/2005 02:00 PM in Courtroom 2E before Honorable Myron H. Thompson. (snc) (Entered: 01/27/2005) |
| 01/27/2005 | 29 | NOTICE OR HEARING as to Cecil Freemont Gibson, III: Sentencing reset for 1/31/05 at 2:00 p.m. (snc) (Entered: 01/27/2005) |
| 01/31/2005 | | Payment Received: as to Cecil Freemont Gibson, III $ 200.00 assessment; receipt number 105181 (ws, ) (Entered: 02/01/2005) |
| 01/31/2005 | | Plea Agreement Accepted as to Cecil Freemont Gibson, III (snc) (Entered: 02/02/2005) |
| 01/31/2005 | 31 | Minute Entry for proceedings held before Judge Myron H. Thompson :SENTENCING HEARING held on 1/31/2005 as to Cecil Freemont Gibson, III. (Court Reporter Mitchell Reisner.) (snc) (Entered: 02/02/2005) |
| 01/31/2005 | | ORAL ORDER, during sentence imposition, as to Cecil Freemont Gibson, III granting 26 MOTION to Reduce Sentence *and Certification of Substantial of Assistance Pursuant to 5K1.1, USSG,* filed by USA, . Signed by Judge Myron H. Thompson on 1/31/05. (snc) (Entered: 02/02/2005) |
| 01/31/2005 | | ORAL ORDER, during sentence imposition, as to Cecil Freemont Gibson, III granting 27 MOTION for Reduction in Criminal Offense Level for Acceptance of Responsibility filed by USA. Signed by Judge Myron H. Thompson on 1/31/05. (snc) (Entered: 02/02/2005) |

| | | |
|---|---|---|
| 01/31/2005 | 32 | ORDER as to Cecil Freemont Gibson, III releasing and continuing the defendant under the same conditions imposed by the Magisrate Judge on 10/8/04 pending voluntary surrender . Signed by Judge Myron H. Thompson on 1/31/05. (snc) (Entered: 02/02/2005) |
| 02/07/2005 | 33 | JUDGMENT as to Cecil Freemont Gibson, III (1). Count 1, 36 Mos Imp (conc w/Ct 2); 3 Yrs Sup Rel (conc w/Ct 2); $100 SA. Count(s) 2, 36 Mos Imp (conc w/Ct 1); 3 Yrs Sup Rel (conc w/Ct 1); $100 SA . Signed by Judge Myron H. Thompson on 2/7/05. (snc) (Entered: 02/07/2005) |
| 02/07/2005 | | ***Set/Clear Flags as to Cecil Freemont Gibson, III, Rebbecca Joy Gibson (snc) (Entered: 02/08/2005) |
| 03/29/2005 | 35 | Judgment Returned Executed as to Cecil Freemont Gibson, III; defendant voluntarily surrendered to FCC Forrest on 3/17/05. (snc) (Entered: 04/03/2005) |
| 06/24/2005 | | TRANSCRIPT of Sentencing Proceedings as to Cecil Freemont Gibson, III held on 1/31/2005 before Judge Myron Thompson. Court Reporter: Mitchell Reisner. (sql, ) (Entered: 06/24/2005) |
| 02/17/2006 | 36 | STRUCK FROM THE RECORD; FILED AS CIVIL ACTION: MOTION to Vacate , *Set Aside or Correct Sentence Pursuant to 28 USC 2255* by Cecil Freemont Gibson, III. (McKnight, Stewart) Modified on 2/17/2006 (snc ). (Entered: 02/17/2006) |
| 02/17/2006 | | ***Motion terminated as to Cecil Freemont Gibson, III: 36 MOTION to Vacate , *Set Aside or Correct Sentence Pursuant to 28 USC 2255* filed by Cecil Freemont Gibson, III. (filed as separate civil action) (snc) (Entered: 02/17/2006) |
| 02/17/2006 | 37 | NOTICE of Correction re 36 Motion to Vacate Pursuant to 28 USC 2255 (snc) (Entered: 02/17/2006) |